COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-327-CR

EX PARTE
 

DIANNA SAUNDERS 

----------

FROM THE 43
RD
 
DISTRICT COURT OF PARKER COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss.”  The motion complies with rule 42.2(a) of the rules of appellate procedure.  
Tex. R. App. P.
 
42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal.  
See 
Tex. R. App. P.
 
42.2(a), 43.2(f). PER CURIAM

PANEL:  CAYCE
, C.J.; LIVINGSTON 
and DAUPHINOT, JJ.

DO NOT PUBLISH

Tex. R. App. P.
 
47.2(b)

DELIVERED: October 8, 2009
 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 
47.4.